IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SELINDA MOLINA CRUZ,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.,*<br><br>Respondents. | Civil Action No. 8:26-cv-00697-PX |

## ORDER

Upon consideration of the Petition for Writ of Habeas Corpus (ECF No.1) (the "Petition"), the Notice filed by the Parties (ECF No. 6), the entire record in this case, the previous opinion of this Court in *Lopez v. Noem*, Case No. 25-cv-03662-GLR, 2025 WL 3496195 (D. Md. Dec. 5, 2025), the Court finds no further briefing is necessary, and the Petition can be decided without a hearing. It is hereby:

**ORDERED**, that the Petition is **GRANTED** in part, insofar as the Court finds that the Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Respondents are **ENJOINED** from detaining Petitioner under 8 U.S.C. § 1225(b); Petitioner is detained under 8 U.S.C. § 1226(a) and Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d), which **SHALL** be held within 10 days of the Petitioner's filing of a motion with the Immigration Court;

3. The bond hearing may be conducted by any Immigration Judge with jurisdiction or administrative control over Petitioner's detention or case and need not take place in Maryland;

4. The Petitioner **SHALL** file a status report with the Court if a bond hearing is *not held* by an Immigration Judge within 10 days of her filing of a motion for a bond hearing; and

5. If a bond hearing *is held*, the parties **SHALL** file a status report with the Court as soon as possible, and no later than 7 days later, reporting the results and compliance with this Court's Order; and

6. Petitioner's request for attorney's fees and costs is **DENIED**.

**ORDERED** that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order.

Dated: 2/23/2026

/s/
The Honorable Paula Xinis
United States District Judge